IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>VALENTIN MENDOZA JR.,<br><br>            Defendant. | **4:23CR3102**<br><br>**ORDER** |

      This matter is before the court on the defendant's Unopposed Motion to Continue Trial [40]. Counsel states that he needs additional time to consider whether Defendant will plea or go to trial. For good cause shown,

      **IT IS ORDERED** that the Motion to Continue Trial [40] is granted, as follows:

1. The jury trial now set for April 30, 2024, is continued to **June 11, 2024**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 11, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. The parties are advised that any additional requests for a continuance of a trial date will require a conference with the undersigned magistrate judge.

Dated this 24th day of April, 2024.

                                                              BY THE COURT:

                                                              *s/ Jacqueline M. DeLuca*
                                                              United States Magistrate Judge