IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>VALENTIN MENDOZA, JR.,<br><br>      Defendant. | 4:23CR3102<br><br><br>**ORDER** |

  A telephone status conference was held today. During the telephone conference, defense counsel notified the court that Defendant needs time to consider and decide whether to enter a guilty plea. Defense counsel moved to remove this case from the trial docket and continue the status conference due to the aforementioned circumstances. The government did not object. Based on the comments of counsel, the court finds good cause has been shown and the oral motion to remove this case from the trial docket should be granted and the oral motion should be granted, the case should be taken off of the trial docket and the status conference continued.  Accordingly,

  IT IS ORDERED:

1)  A telephonic conference with counsel will be held before the undersigned magistrate judge at 11:30 a.m. on June 27, 2024 to discuss setting any change of plea hearing or the date of the jury trial. Counsel for the parties shall use the conferencing instructions provided by the court to participate in the call.

2)  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between today's date and on June 27, 2024, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

  Dated this 21st day of May, 2024.

                             BY THE COURT:

                    s/ Jacqueline M. DeLuca
                    United States Magistrate Judge