IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.   4:23CR3102** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER TO DESTROY** |
| | ) | |
| | ) | |
| **VALENTIN MENDOZA, JR.,** | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on February 24, 2025 that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Exhibits from Motion to Suppress held on December 29, 2023

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   February 24, 2025

BY THE COURT

s/ **Susan M. Bazis**
United States District Judge

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350   Fax: (402) 661-7387   Toll Free: (866) 220-4381
Lincoln: (402) 437-1900   Fax: (402) 437-1911   Toll Free: (866) 220-4379